John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 801872

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

## NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-62167 | 003-0 | WAYNE CARTER CROCKETT JR<br>Original Check written to:<br>CHASE BANK USA NA<br>P O BOX 100018<br>KENNESAW, GA  30156-9204 | xxxxxxxxxx7221 | 1,244.21 | 14.65 | 0.00 | 14.65 |
| 05-68018 | 026-0 | KELLY LYONS<br>Original Check written to:<br>TYLER JUNIOR COLLEGE<br>C/O SMITH COUNTY TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxx4000 | 0.00 | 62.01 | 0.00 | 62.01 |
| 05-68018 | 018-0 | KELLY LYONS<br>Original Check written to:<br>SMITH COUNTY TAX ASSESSOR<br>C/O TAB BELL<br>PO BOX 2007<br>TYLER, TX  75710 | xxxxxxxxxxxxx0000 | 0.00 | 103.45 | 0.00 | 103.45 |
| 05-68018 | 017-0 | KELLY LYONS<br>Original Check written to:<br>SMITH COUNTY EMERGENCY SERVICES<br>C/O TAB BEALL<br>P O BOX 2007<br>TYLER, TX  75710-2007 | xxxxxxxxxxxxx4000 | 0.00 | 30.16 | 0.00 | 30.16 |
| 05-68018 | 005-0 | KELLY LYONS<br>Original Check written to:<br>LINDALE ISD<br>% LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxxxxxxx3-05 | 0.00 | 771.58 | 0.00 | 771.58 |
| 05-68018 | 011-0 | KELLY LYONS<br>Original Check written to:<br>REGIONS BANK<br>ATTN: RECOVERY OPERATIONS<br>P O BOX 5149<br>MONTGOMERY, AL  36101 | 1907 | 597.39 | 52.09 | 0.00 | 52.09 |
| 05-68018 | 029-0 | KELLY LYONS<br>Original Check written to:<br>REGIONS BANK<br>ATTN: RECOVERY OPERATIONS<br>P O BOX 5149<br>MONTGOMERY, AL  36101 | 1218 | 3,863.44 | 336.93 | 0.00 | 336.93 |